### Evelyn DUTIL, Administratrix of the Estate of Raymond Dutil, Plaintiff-Appellant,

v.

### Marlin M. MAYETTE, Defendant-Appellee.

### No. 1089, Docket 75–7149.

United States Court of Appeals, Second Circuit.

Argued June 4, 1975.

Decided June 4, 1975.

Robert D. Rachlin, St. Johnsbury, Vt., for plaintiff-appellant.

John M. Dinse, Burlington, Vt., for defendant-appellee.

Before KAUFMAN, Chief Judge, and SMITH and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm for the reasons stated in Chief Judge Holden's opinions below, D.C., 395 F.Supp. 922 and in Weinstein v. Medical Center, etc., of Vermont, Inc., 358 F.Supp. 297 (D.Vt.1972).